IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.  22-05015-01-CR-SW-MDH |
| IFTIKHAR ALI, | ) ) ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two of the Information filed on May 5, 2022, and Defendant's admittance of Forfeiture Allegation contained in the Information, are now <u>Accepted.</u>  The Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.

         *s/Douglas Hapool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

Date:  May 20, 2022